JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

SUNGMIN BAE,
Petitioner,
v.
TODD BLANCHE, et al,
Respondent.

Case No. 5:26-cv-02213-SPG-SSC

**JUDGMENT**

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action dismissed.

Dated: November 23, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE